
ORIG

**FILED**

OCT 2 0 2014

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

KAREN L. L'GGRKE, Et Al. ]
]
Plaintiff's, ]
]
v. ]
] Case No.12-CV-596-JED-TLW-PJC
ASSET PLUS CORPORATION, a Texas ]
Foreign Corporation, *a suspended* ]
*Corporation,* STAFF ONE ]
INCORPORATED, a suspended ]
Corporation doing business as an ]
Oklahoma Corporation, Et Al. ]
]
Defendants ]

**KAREN L'GGRKE'S- NOTICE OF APPLICATION FOR RECALL AND STAY TO THE UNITED STATES SUPREME COURT PENDING DISPOSITION OF PETITION FOR WRIT OF CERTIORARI**

And

**PLAINTIFFS'- REQUEST TO THIS COURT TO "RECALL AND STAY" IT'S SEPTEMBER 22, 23, AND 24 ORDER'S OF 2014 AND CANCEL THE APPEARANCES OF: COURT REPORTER, TOMLINSON LAW FIRM REPRESENTATIVES, ASSET PLUS CORPORATIONS REPRESENTATIVES AND STAFF ONE INCORPORATED REPRESENTATIVES**

**TO THE HONORABLE JOHN EDWARD DOWDELL; MAGISTRATES PAUL J. CLEARY AND T. LANE WILSON OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA:**

The Plaintiff, Karen L'Ggrke et al appearing Pro Se hereby gives *"Notice of Application for Recall and Stay all pending Orders issued by this Court pending*

1

✓ Mail  ___ No Cert Sve  ___ No Orig Sign
___ C/J  ___ C/MJ  ✓ C/Ret'd  ___ No Env
___ No Cpys  ___ No Env/Cpys  ___ O/J  ___ O/MJ

*disposition of applicants Petition for Writ of Certiorari to The United States Supreme Court regarding":* The Tenth Circuit Court of Appeals September 3, and October 1, 2014 Order's, *and this Courts unauthorized Order's and "Moves this Court to "Recall" and "Stay" all pending Proceedings including, but not limited to discovery/depositions in the federal courthouse pending plaintiffs application to recall and stay of all order's pending disposition of writ of certiorari.* Plaintiffs' application to recall and stay is pending before the U.S. Supreme Court for review. *"Plaintiff's further provide this Court with the fact that the Tenth Circuit Court of Appeals is mandated to recall and stay all proceedings pending relief being sought before the U.S. Supreme Court and mandated to grant plaintiff a Rehearing and Rehearing En Banc pursuant to Appellate Rules of Evidence, Rule 201[d][2][A] and* **Opportunity to Be Heard***: Rule 201[e] when requested is made by a party and is obligated to so hear.""*

FURTHER: *["P]laintiffs' Request that this Court and Tomlinson Law Firm "cancel the Court Reporter appearance and the Tomlinson Law Firm not appear for taking of Karen L'Ggrke's deposition.""* This Court 'lacks subject matter jurisdiction."

## CONCLUSION

In light of plaintiff's application to recall and stay pending before the United States Supreme Court and the *Tenth Circuit Court of Appeals Appellate Rule 41 et*

2

*seq., mandating a stay pending disposition of writ of certiorari by U.S. Supreme Court,* and this Court's lacks of any authority to act pending disposition of <u>recall</u> and <u>stay</u> before the U.S. Supreme Court and Petition for Writ of Certiorari before issues become mooted by this court and the defendant's/ respond*ent's, Plaintiff-*Karen L'Ggrke Et Al "request this Court 'recall' all of its Order's entered *on* September 22, 23 and 24, of 2014, and strike said orders from the record and *"<u>cancel</u>"* the Court Reporter appearance, the appearance of representatives from the Tomlinson Law Firm and [a]ny and all representatives from the Asset Plus Corporations and Staff One Incorporated pursuant to any Order's this Court has entered for the above stated dates. So pray the plaintiff's.

Respectfully Submitted,

*/s/ Karen L'Ggrke*
KAREN L'GGRKE-PRO SE
7728 Riverside Parkway # 301-E
Tulsa, Oklahoma 74136

## CERTIFICATE OF SERVICE

The undersigned certify that on October 17, 2014, true and exact copies of Notice to the U.S. District Court for the Northern District of Oklahoma regarding: Plaintiff's' Application to the U.S. Supreme Court for *recall and stay pending disposition* of Writ of Certiorari was mailed to: [1] ***The Supreme Court of the United States of America, 1-First Street, NE Washington DC 20543***; [2] Tomlinson Law Firm, *Jefferson I. Rust*, McKinstry, Grable, *Ronald Walker* ,et al., also enclosed are copies for Staff One Incorporated, Asset Plus Corporations, Michael S. McGrath, Gina Bowie-Thompson, Tammie Stewart, Del Cowsar, Carol Carroll Et Al., by service on Tomlinson Law Firm to the address of: Two Leadership Square-211 North Robinson Ave., Ste. 450-Oklahoma City, Oklahoma 73102; [3] ***To the Honorable John E. Dowdell Judge of the U.S. District Court for the Northern District of Oklahoma and Magistrates Paul J. Cleary, T. Lane Wilson at 333 West 4th. Street-4th Flr., Tulsa, Oklahoma 74103***; [4] Court Clerk of the United States Court of Appeals for the Tenth Circuit-Bryan White U.S. Courthouse 1823 Stout Street-Denver, Colorado 80257, the last Known address/email address, by United States Mail with proper postage and address affixed thereon.

_____  _____
KAREN L'GGRKE-PRO SE              MONSI L'GGRKE-PRO SE

12-CV-596-JED-TLW

U.S DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA
333 West 4th. St.  Fourth Flr.
Tulsa, Oklahoma  74103
LEGAL MAIL

DO NOT BEND



RECEIVED
OCT 20 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

7410383639 C006