IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

**FILED**

OCT 29 2014

Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| KAREN L. L'GGRKE, Et Al. | ] |
| | ] |
| Plaintiff's, | ] |
| | ] |
| v. | ] |
| | ] Case No.12-CV-596-JED-TLW-PJC |
| ASSET PLUS CORPORATION, a Texas | ] |
| Foreign Corporation, *a suspended* | ] |
| *Corporation,* STAFF ONE | ] |
| INCORPORATED, a suspended | ] |
| Corporation doing business as an | ] |
| Oklahoma Corporation, Et Al. | ] |
| | ] |
| Defendants | ] |

KAREN L'GGRKE'- *"**SECOND NOTICE**"*- OF APPLICATION FOR RECALL
AND STAY TO THE UNITED STATES SUPREME COURT PENDING
DISPOSITION OF PETITION FOR WRIT OF CERTIORARI

And

PLAINTIFFS' *"**SECOND REQUEST**"* TO THIS COURT TO "RECALL AND
STAY" IT'S SEPTEMBER 22, 23, AND 24 ORDER'S OF 2014 AND CANCEL
THE APPEARANCES OF: COURT REPORTER, TOMLINSON LAW FIRM
REPRESENTATIVES, ASSET PLUS CORPORATIONS REPRESENTATIVES
AND STAFF ONE INCORPORATED REPRESENTATIVES

**TO THE HONORABLE JOHN EDWARD DOWDELL; MAGISTRATES PAUL J. CLEARY AND T. LANE WILSON OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA:**

The Plaintiff, Karen L'Ggrke et al appearing Pro Se hereby gives this Court

a *"**SECOND NOTICE**" of Application for Recall and Stay to a subsequent*

✓ Mail ___ No Cert Svc ___ No Orig Sign
___ C/J ___ C/MJ ✓ C/Ret'd ___ No Env
___ No Cpys ___ No Env/Cpys ___ O/J ___ O/MJ

1

*Justice of the United States Supreme Court to Stay all pending Orders issued by this Court pending disposition of applicants Petition for Writ of Certiorari to The United States Supreme Court regarding":* The Tenth Circuit Court of Appeals September 3, and October 1, 2014 Order's, *and this Courts unauthorized Order's and "Moves this Court to "Recall" and "Stay" all pending Proceedings including, but not limited to discovery/depositions in the federal courthouse pending plaintiffs application to recall and stay of all order's pending disposition of writ of certiorari.* Plaintiffs' has filed a second application to be presented to a subsequent U.S. Justice of the Supreme Court as permitted by U.S. Supreme Court rules to recall and stay all proceedings in this Court [U.S. District Court for the Northern District of Oklahoma] while this matter is pending before the U.S. Supreme Court for review. The *"Plaintiff's reassert Rule 41of the Appellate Court Procedures in which notices given to this Court facts that the Tenth Circuit Court of Appeals is mandated to recall and stay all proceedings pending relief being sought before the U.S. Supreme Court and mandated to grant plaintiff a Rehearing and Rehearing En Banc and pursuant to Appellate Rules of Evidence, Rule 201[d][2][A] and* **Opportunity to Be Heard**: *Rule 201[e] when request is made by a party, the Tenth Circuit is obligated to so hear.""*

Additionally, *["P]laintiffs' Request that this Court and Tomlinson Law Firm "cancel the Court Reporter appearance and the Tomlinson Law Firm not*

2

*appear for taking of Karen L'Ggrke's deposition."'"* This Court 'lacks subject matter jurisdiction." *"**This request is ongoing [continuous]**."*

## CONCLUSION

In light of plaintiff's having filed a *"second"* application before a subsequent Justice of the U.S. Supreme Court to recall and stay all pending District Court orders and the *Tenth Circuit Court of Appeals Orders pursuant to Appellate Rule 41 et seq., mandating a stay pending disposition of writ of certiorari by U.S. Supreme Court.* This Court is put on notice that it did not have any authority to act on the *"**tainted**"* removal of Plaintiffs' case from the onset, and the tainted removal has never been cured and the statute of limitations has run out to cure the fatal removal. Request and demand is made to recall and stay all issued orders pending disposition of <u>recall</u> and <u>stay</u> before the U.S. Supreme Court and Petition for Writ of Certiorari to prevent this Court's attempt to create a "so-called" personal jurisdiction over the parties and before the issues become mooted by this court and the defendant's/ respondent's, Plaintiff-Karen L'Ggrke Et Al renew their **"requests that this Court 'recall' all of its Order's entered on September 22, 23 and 24, of 2014, and strike all orders from the record and *"cancel"* the Court Reporter appearance, the appearance of representatives from the Tomlinson Law Firm and [a]ny and all representatives from the Asset Plus**

3

**Corporations and Staff One Incorporated pursuant to any Order's this Court has entered for the above stated dates. So pray the plaintiff's.**

Respectfully Submitted,

*/s/ Karen L'Ggrke*
KAREN L'GGRKE-PRO SE
7728 Riverside Parkway # 301-E
Tulsa, Oklahoma 74136

## CERTIFICATE OF SERVICE

The undersigned certify that on October 28, 2014, true and exact copies of Appellants' Second Application to a subsequent U.S. Supreme Court Justice of the U.S. Supreme Court for recall and stay pending disposition of Writ of Certiorari was mailed to Defendants/Appellees Attorney's: [1] Tomlinson Law Firm, *Jefferson I. Rust*, McKinstry, Grable, *Ronald Walker* ,et al., also enclosed are copies for Staff One Incorporated, Asset Plus Corporations, Michael S. McGrath, Gina Bowie-Thompson, Tammie Stewart, Del Cowsar, Carol Carroll Et Al., to the address of: Two Leadership Square-211 North Robinson Ave., Ste. 450-Oklahoma City, Oklahoma 73102; [2] To the Honorable John E. Dowdell Judge of the U.S. District Court for the Northern District of Oklahoma and Magistrates Paul J. Cleary, T. Lane Wilson at 333 West 4th. Street-4th Flr., Tulsa, Oklahoma 74103; [3] Court Clerk of the United States Court of Appeals for the Tenth Circuit-Bryan

4

White U.S. Courthouse 1823 Stout Street-Denver, Colorado 80257, the last Known address/email address, by United States Mail with proper postage and address affixed thereon.

_____        _____
KAREN L'GGRKE-PRO SE                 MONSI L'GGRKE-PRO SE

Mrs. Karen L'Ggrke
7728 Riverside Pkwy # 301-E
Tulsa, Oklahoma 74136
LEGAL MAIL-TIME SENSITIVE



12-CV-596-JED-TLW

RECEIVED

OCT 29 2014

Phil Lombardi, Clerk
U.S. DISTRICT COURT

postmarked
10-28-14 9a

U.S DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA
333 West 4th. St.  Fourth Flr.
Tulsa, Oklahoma  74103
LEGAL MAIL