UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAREN L. L'GGRKE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 12-CV-596-JED-TLW |
| | ) |
| ASSET PLUS CORPORATION, et al., | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Court has before it two "notices" filed by plaintiff Karen L. L'Ggrke (Docs. 93 and 96), who is currently proceeding *pro se*. Plaintiff seeks to stay this case pending the outcome of her Petition for Writ of Certiorari to the United States Supreme Court following her appeal to the Tenth Circuit, which was dismissed. This Court cannot provide the relief plaintiff seeks. The proper course of action to seek a stay of the Tenth Circuit's ruling was to seek a stay pursuant to Federal Rule of Appellate Procedure 41 in that court. That did not occur and this case will proceed.

**IT IS THEREFORE ORDERED** that plaintiff's requests for a stay (Docs. 93 and 96) are **denied**. Plaintiff is directed to focus her efforts on litigating this case to conclusion and to cease her dilatory tactics.

**SO ORDERED** this 13th day of November, 2014.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE